Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

**FILED**

MAY 20 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>Plaintiff,<br><br>v.<br><br>*Elite Integrity, LLC and Royal Administration Services, Inc.* Defendant. | Case 2:19-cv-00710-KJM-AC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), I voluntarily dismiss:

☒ THE ENTIRE CASE

Such dismissal shall be without prejudice, and to convert to prejudice on July 22, 2019, after Defendants have made a 3rd and final payment to satisfy the terms of the dismissal. Each side to bear its own costs and fees.

Dated: /s/ *MkA*   5-17-19

MARK AUSSIEKER

1

## CERTIFICATE OF SERVICE

Filed by ~~hand~~ Mail United States District Court CM/ECF May 17, 2019, with:

*Mailed to :*

*Elite Integrity, LLC*

    *c/o Christopher P. Meier, Esq.*

    *Greenspoon Marder, LLP*

    *100 West Cypress Creek Road Suite 700*

    *Ft. Lauderdale, FL 33309*

*Royal Administration Services, Inc.*

*c/o CSC*

*2710 Gateway Oaks ste 150N*

*Sacramento, CA 95833*

Mark Aussicha  5-17-19

2

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628


Clerk of the United States District Court Eastern District of California, Sacramento Division
Room 4-200
501 "I" Street
Sacramento, 95814.


No. **2:19-cv-00710-KJM-AC**

Request for dismissal

Mark Aussieker
p. 916-705-8006
f. 916-721-2480